UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:24-cv-06432 MWC (ADS)                     Date:  December 11, 2024

Title:  *Eric Newborn v. Jason Schultz*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):  None Present

Attorney(s) Present for Respondent(s):  None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

Eric Newborn ("Petitioner"), a state prisoner in the custody of California State Prison Solano, filed a *pro se* Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2254 on July 29, 2024, naming Warden Jason Schultz as Respondent. (Dkt. No. 1.) On October 15, 2024, after conducting a preliminary screening of the Petition, this Court ordered Respondent to respond to the Petition by filing a Motion to Dismiss by November 14, 2024, or an Answer by December 2, 2024. (Dkt. No. 7.) As of the date of this Order, Respondent has not filed a Motion to Dismiss or an Answer in response to the Petition.

Respondent is **ORDERED TO SHOW CAUSE** why it has failed to file a response to the Petition **by no later than December 16, 2024**.

**IT IS SO ORDERED.**

Initials of Clerk kh